IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CATHERINE REICHEL, | ) CASE NO. |
| Plaintiff, | ) JUDGE: |
| vs. | ) |
| TARGET CORPORATION, et al., | ) **NOTICE OF REMOVAL ACTION** |
| | ) **UNDER 28 U.S.C. § 1441** |
| Defendant. | ) |

TO THE CLERK OF COURT:

PLEASE TAKE NOTICE that Defendant Target Corporation (hereinafter referred to as "Target") hereby moves to this Court, pursuant to 28 U.S.C. § 1441(a), the state court action described below:

1. On or about July 6, 2023, Catherine Reichel ("Plaintiff") filed a Complaint initiating suit in the Court of Common Pleas, Cuyahoga County, Ohio, against Defendant Target Corporation, captioned *Catherine Reichel, Plaintiff v. Target Corporation, et al. Defendants, Case No. CV-23-982025* (a copy of the Complaint is attached hereto as **Exhibit A**).

2. The Complaint was served on Statutory Agent CT Corporation System on July 19, 2023.

3. As explained below, there is complete diversity of citizenship between Plaintiff and Target Corporation to this action, and the amount in controversy in this action exceeds the $75,000.00 jurisdictional minimum.

**I.     THIS REMOVAL NOTICE IS TIMELY.**

4.     The docket in Cuyahoga County reflects that Defendant Target was served with the Complaint on July 19, 2023 (a copy of the Cuyahoga County docket is attached hereto as **Exhibit B**).

5.     Pursuant to 28 U.S.C. § 1446(b), "[the] notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading."

6.     As this Notice is being filed on August 14, 2023 Target's Notice of Removal is timely.

**II.    DIVERSITY JURISDICTION LIES OVER THIS ACTION.**

7.     This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Target pursuant to 28 U.S.C. § 1441(a).

8.     Plaintiff has alleged in the Complaint that she is a resident of the State of Ohio.

9.     Defendant Target is a corporation organized under the laws of the State of Minnesota with its principal place of business in Minnesota.

10.    The allegations contained in Plaintiff's Complaint, coupled with the available facts surrounding Plaintiff's claims, demonstrate that the amount in controversy exceeds $75,000.00, inclusive of interest and costs.

11.    Plaintiff's Complaint is for personal injuries allegedly suffered.

12.    Plaintiff claims that, as a result of the incident, the sustained damages are believed to be an amount in excess of $25,000.00.

13.    Plaintiff's counsel has represented to counsel for Target that the medical specials for the alleged injury exceeds $120,000.00.

14. Therefore, as there is complete diversity of citizenship and the amount in controversy exceeds $75,000.00, this Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332(a).

### III. THE OTHER REMOVAL PREREQUISITES HAVE BEEN SATISFIED.

15. Target has sought no similar relief with respect to this matter.

16. Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by 28 U.S.C. §1446(b).

17. As required by 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Target in the state court proceeding – consists of the Complaint filed herewith as **Exhibit A**.

18. The allegations of this Notice are true and correct and this cause is within the jurisdiction of the United States District Court for the Northern District of Ohio, Eastern Division.

WHEREFORE, Target Corporation respectfully requests that this action be transferred to the United States District Court for the Northern District of Ohio, Eastern Division, and prays that this Court assume full and complete jurisdiction over this matter.

Respectfully submitted,

*/s/ Michael P. Quinlan*
MICHAEL P. QUINLAN (0066718)
KATIE E. EPPERSON (0098997)
Mansour Gavin LPA
North Point Tower
1001 Lakeside Avenue, Suite 1400
Cleveland, OH  44114
(216) 523-1500; Fax (216) 523-1705
mquinlan@mggmlpa.com
kepperson@mggmlpa.com
*Attorneys for Defendant Target Corporation*

## **CERTIFICATE OF SERVICE**

This document has been filed electronically with the Court this14th day of August 2023.

Notice of the following will be sent to all counsel through the Court's electronic filing system.

The parties can access this document through the Court's system.

A copy of the foregoing was also emailed this 14th day of August 2023 to the following:

ERIC HENRY, ESQ.
The Henry Law Firm
8401 Chagrin Road, Suite 18
Chagrin Falls, OH 44023
eric@erichenrylaw.com

*Attorney for Plaintiff*

                                          */s/ Michael P. Quinlan*
                                          MICHAEL P. QUINLAN (0066718)
                                          *Attorney for Defendant Target Corporation*