**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CATHERINE REICHEL | ) | CASE NO. 1:23-cv-01581 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| TARGET CORPORATION, et al., | ) | **STIPULATION FOR DISMISSAL** |
| | ) | **AND JUDGMENT ENTRY** |
| Defendants. | ) | |

Now comes Plaintiff Catherine Reichel and Defendant Target Corporation by and through undersigned counsel, and hereby agree that the claims asserted between the parties have been settled and are hereby dismissed pursuant to Civ. R. 41(A), with prejudice, each party to bear its own attorneys' fees and Defendants to bear costs.

The Court will retain jurisdiction for purposes of enforcement of the parties' settlement agreement terms and conditions.


Dated: June 24, 2024          s/ *James S. Gwin*
                              JUDGE JAMES S. GWIN


4895-3654-8019, v. 1